■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GERALD L. WARREN, Appellant, against WALTER M. WALLACK, as Warden of Wallkill State Prison, Respondent.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion in all other respects denied. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GERARD FRANK MACKRETH, Appellant.— Application for assignment of counsel granted and J. Richard Marshall, Esq., of Norwich, New York is hereby assigned as counsel for appellant. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN MENDEL, Appellant.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue and files and serves record and brief on or before December 15, 1959 and is ready for argument at the January 1960 Term of this court, in which event the motion is denied. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

■ WILLIAM LIEBERMAN, Appellant, v. STATE OF NEW YORK, Respondent. — Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

■ SAUL LIEBERMAN, Appellant, v. STATE OF NEW YORK, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY FIORE, Petitioner, against J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Application for leave to prosecute appeal as a poor person granted, provided an appeal has been timely taken. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Application for an extension of time within which to perfect appeal granted and time is extended for 90 days. Application in all other respects denied. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

■ In the Matter of the Claim of FRANK RIINA, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before December 21, 1959, and is ready for argument at the January 1960 Term of this court, in which event the motion is denied. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

■ In the Matter of the Claim of WILLIAM A. EDWARDS, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before December 15, 1959, and is ready for argument at the January 1960 Term of this court, in which event the motion is denied. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

■ In the Matter of the Claim of GEORGE DEXTER, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before February 1, 1960, and is ready for argument at the March 1960 Term of this court, in which event the motion is denied. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.